Polgardy v 440 NYC, LLC (2024 NY Slip Op 50622(U))

[*1]

Polgardy v 440 NYC, LLC

2024 NY Slip Op 50622(U) [83 Misc 3d 126(A)]

Decided on May 28, 2024

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 28, 2024
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., James, Perez, JJ.

570079/24

Daniel J. Polgardy,
Plaintiff-Respondent,
against
440 NYC, LLC, Anthony Ventura and Rosa Mangiafredda,
Defendants-Appellants.

Defendants appeal from two judgments of the Small Claims Part of the Civil Court
of the City of New York, New York County (Aija Tingling, J.), each entered on or about
August 15, 2023, after trial, (1) in favor of plaintiff and awarding him damages in the
principal sum of $2,177.56, plus interest from April 20, 2005 in the main action, and (2)
in favor of defendants, and limiting their recovery on the counterclaim to the principal
sum of $1,395.

Per Curiam.
Judgments (Aija Tingling, J.), each entered on or about August 15, 2023, modified to
vacate both judgments and to direct the clerk to enter judgment in favor of plaintiff in the
principal sum of $782.56, with interest from October 31, 2021.
Civil Court applied the appropriate rules and principles of substantive law and
accomplished "substantial justice" (CCA 1804, 1807), in finding that plaintiff was
entitled to a return of his security deposit of $2,177.56, and that defendants, plaintiff's
former landlords, were entitled to recover $1,395.00 for property damage caused by
plaintiff "above normal wear and tear" (see Williams v Roper, 269 AD2d 125
[2000], lv dismissed 95 NY2d 898 [2000]).
However, the Court should not have awarded plaintiff interest from the date the
security deposit was tendered. Interest should be awarded from the date the lease expired,
October 31, 2021, the "earliest ascertainable date the cause of action existed" (CPLR
5001[b]; see 56 Bogart St., LLC
v Vandyke, 60 Misc 3d 135[A], 2018 NY Slip Op 51063[U] [App Term, 2nd
Dept, 2d, 11th & 13th Jud Dists 2018]). Furthermore, the amount awarded on the
counterclaim should be deducted from the amount awarded to plaintiff on the main
claim, resulting in a net judgment in the plaintiff's favor in the principal sum of $782.56.
We have modified accordingly.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 28, 2024